THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN JOHN, Appellant. [930 NYS2d 452]—

The court properly denied defendant's suppression motion.

There is no basis for disturbing the court's credibility determinations, including its resolution of any inconsistencies in testimony. The hearing evidence clearly established that the officer observed defendant in the act of picking the pocket of a sleeping victim. Concur—Mazzarelli, J.P., Friedman, Catterson, Moskowitz and Abdus-Salaam, JJ.